# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                   **Case No.  6:00-cr-75-Orl-22B**

**LUIS VILLAFANE**

_____

## ORDER AND NOTICE
## OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 112),
entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing
pursuant to Local Rule 6.01(c)(16) on August 20, 2008.

After an independent *de novo* review of the record in this matter, and noting that no
objections were filed, the Court agrees entirely with the findings of fact and conclusions of law
in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation entered August 26, 2008 (Doc. No. 112) is
**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Defendant shall personally appear before this court on **FRIDAY, September
19, 2008, at 9:00 A.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W.
Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause
why probation should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 12, 2008.


Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Luis Villafane

ANNE C. CONWAY
United States District Judge